#### 6441.   GRIGG *v.* EMPIRE STATE CHEMICAL CO.

WADE, J.   1.   Where a partnership between two persons is dissolved by the
   retirement of one partner, and the other continues the business and
   agrees to assume the debts of the firm, the retiring partner becomes a
   surety for his copartner.   *Preston* v. *Garrard,* 120 *Ga.* 689 (48 S. E. 118,
   102 Am. St. R. 124, 1 Ann. Cas. 724) ; *Sheppard* v. *Bridges,* 137 *Ga.* 615,
   631 (74 S. E. 245).
2. A creditor of the partnership who has notice of the dissolution and of
   the agreement by the continuing partner to assume the debts of the
   firm is bound to accord to the retiring partner all the rights of a
   surety.   "Hence, if, without his knowledge or consent, the creditor,
   upon a sufficient consideration, extends the time of payment of the firm
   indebtedness, the retiring partner is released from the indebtedness,
   and the creditor must thereafter look only to the firm assets and to the
   individual assets of the continuing partner."   *Preston* v. *Garrard,* supra.
   See also Civil Code, §§ 3164, 3544; *MacIntyre* v. *Massey,* 11 *Ga. App.*
   458 (75 S. E. 814) ; *Tatum* v. *Morgan,* 108 *Ga.* 336, 337 (33 S. E. 940) ;
   *Crawford* v. *Gaulden,* 33 *Ga.* 173.

(*a*) Neither the original plea nor the proposed amendment alleged that there was a consideration for the extension of the time of payment of the debt.

(*b*) The original plea set up no defense whatever, and there was nothing to amend by.

3. It does not affirmatively appear from the record that the proposed amendment to the plea was verified in accordance with the provisions of section 5640 of the Civil Code.

4. The court did not err in refusing to allow the proffered amendment to the original plea, and in thereafter striking the plea and entering up judgment against the defendant.           *Judgment affirmed.*

DECIDED DECEMBER 2, 1915.

Complaint; from city court of Hall county—Judge Wheeler. February 19, 1915.

*B. P. Gaillard Jr.,* for plaintiff in error.

*H. M. Rylee, Hammond Johnson,* contra.